UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RICARDO RAMACHO,<br><br>        Defendant. | Case No.  CR16-164RSM<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

   This matter has come before the Court on the February 28, 2025, request by U. S. Probation to terminate defendant Ricardo Ramacho's remaining period of supervised release. The Court has reviewed the request and the government's response, together with the records and files herein.

   IT IS NOW ORDERED that the request for early termination of supervised release is DENIED.  The Court will consider early termination upon the defendant's successful completion of another 12 months of supervision.

   DATED this 14th day of April, 2025.

                                                                           _____
                                                                           RICARDO S. MARTINEZ
                                                                           UNITED STATES DISTRICT JUDGE

ORDER - 1